**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00072-02-CR-W-FJG |
| | ) | |
| WEI LI PANG, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture (Doc. No. 59). On February 25, 2009, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

$95,000 in United States currency; and

$15,032 in United States currency.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on April 24, 2010, and ending on May 23, 2010. A copy of the Declaration of Publication is on file with the Court (Doc. No. 58). The United States also sent written notice of the Preliminary Order of Forfeiture to Shu Gang Li by certified mail, return receipt requested. Pei Wen Li acknowledged receipt of the notice as evidenced by the Domestic Return Receipt attached to the Government's motion (Doc. No. 59, Ex. 1). There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any

other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant Wei Li Pang had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2428.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853,[1] and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**/S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 8/31/2010
Kansas City, Missouri

---

[1] The procedural provisions of 21 U.S.C. § 853 are made applicable to actions brought pursuant to 18 U.S.C. § 2428 by 18 U.S.C. § 981.